[No. 4985–0–III.  Division Three.  March 1, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
L. BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Ferry

County, No. 7005, Sidney R. Buckley, J., entered January 25, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, A.C.J., and Green, J.